UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDMOND STACKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-1649** |
| **N. BURL CAIN** | **SECTION "E" (6)** |

### ORDER

**IT IS HEREBY ORDERED** that the automatic referral to the Magistrate Judge of the captioned petition for habeas corpus relief filed pursuant to Title 28 U.S.C. § 2254 is hereby **REVOKED**.

**IT IS FURTHER ORDERED** that the Clerk of Court **REMOVE** the Magistrate Judge as the referral officer on the electronic docket sheet.

New Orleans, Louisiana, this 19th day of August, 2009.

_____
**UNITED STATES DISTRICT JUDGE**